IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LANDON DAYNE BELL,

                Plaintiff(s),

     v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

                Defendant(s).

Civil No. 6:25-cv-00018-JR

**ORDER**

IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7,500.00.  Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC.  If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire.  All payments in accordance with this order should be submitted via electronic funds transfer (EFT) and directed to the care of Plaintiff's attorney.

Dated this 29th day of October, 2025.

by     /s/ Jolie A. Russo
       Jolie A. Russo
       United States Magistrate Judge